IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| ANECITO BETANCOURT IV, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV-07-71-S-BLW |
| | ) | (lead case) |
| vs. | ) | |
| | ) | |
| NBC (KTVB) Channel 7, NBC TELEVISION NETWORK CHANNEL, | ) ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |
| _____ | ) ) | |
| ANECITO BETANCOURT IV, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV-07-86-S-BLW |
| | ) | |
| vs. | ) | |
| | ) | |
| KIVI CHANNEL 6, ABC TELE-VISION NETWORK AND CORP-ORATION, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) ) | |
| ANECITO BETANCOURT IV, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV-07-87-S-BlW |
| | ) | |
| vs. | ) | |
| | ) | |
| KTRV CHANNEL 12 Television Station, FOX Television Network | ) ) | |

**JUDGMENT -1**

```
Corporation,                         )
                                     )
                Defendants.          )
_____)
                                     )
ANECITO BETANCOURT IV,               )
                                     )
                Plaintiff,           )   Case No. CV-07-88-S-BLW
                                     )
vs.                                  )
                                     )
CHANNEL 2, CBS, TV Network           )
and Corporation, KTVB Channel 7,     )
NBC, TV Network and                  )
Corporation,                         )
                                     )
                Defendants.          )
_____)
```

On April 23, 2007, the Court entered an Order dismissing this consolidated action without prejudice. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's four cases set forth in the caption above are DISMISSED without prejudice.

DATED: **April 23, 2007**



Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT -2**